IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CRIMINAL NO. _____ |
| | ) | |
| | ) | **INFORMATION** |
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 641 |
| v. | ) | (Theft of Government Property: Count 1) |
| | ) | |
| **BRIAN PROKES,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INFORMATION

The United States of America charges that:

### COUNT ONE
18 U.S.C. § 641
Theft

From in or about February 2012 through at least in or about March 2013, in the District of Columbia and elsewhere, defendant

**BRIAN PROKES,**

did embezzle, steal, purloin, and knowingly convert to his use more than $1,000 of money of the United States and the United States House of Representatives, that is, PROKES, while employed as the office manager in the Office of Congressman A, a member of the United States House of Representatives, engaged in a course of conduct by which he caused the United States House of Representatives, in the District of Columbia, to issue salary payments to PROKES that exceeded the amounts he was authorized to receive, and to pay for unauthorized travel expenses that PROKES and an acquaintance accrued on the government credit card maintained by the Office of Congressman A.

1

All in violation of Title 18, United States Code, Section 641.

DATE: 7/17/14

By: *[signature]*

JACK SMITH
Chief, Public Integrity Section

Sean F. Mulryne
Kevin Driscoll
Trial Attorneys
United States Department of Justice
Criminal Division
Public Integrity Section